# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 9, 2011

No. 10-50542

Lyle W. Cayce
Clerk

JULIE D. BLUM

Plaintiff-Appellant

v.

NATIONAL SECURITY AGENCY, also known as NSA; OFFICE OF THE
DIRECTOR OF NATIONAL INTELLIGENCE, also known as ODNI

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:09-CV-769

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Julie Blum appeals the district court's grant of summary judgment in favor of National Security Agency and Office of the Director of National Intelligence. We have reviewed the briefs, the record, and the applicable law as further explicated by able counsel for the parties at oral argument. In light of this review we affirm the summary judgment for essentially the reasons and reasoning given by the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.